# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 50084 | **DATE** | 1/6/2004 |
| **CASE TITLE** | CHATMON, et al. vs. WINNEBAGO COUNTY, et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due _____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] For the reasons stated on the reverse Memorandum Opinion and Order, the court accepts Magistrate Judge Mahoney's Report and Recommendation.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | | |
|---|---|---|
| | No notices required, advised in open court. | |
| ✓ | No notices required. | number of notices |
| | Notices mailed by judge's staff. | |
| | Notified counsel by telephone. | JAN 07 2004 date docketed |
| | Docketing to mail notices. | |
| | Mail AO 450 form. | docketing deputy initials |
| | Copy to judge/magistrate judge. | 1-7-04 date mailed notice |
| /SEC | courtroom deputy's initials | Date/time received in central Clerk's Office — mailing deputy initials |

Document Number: 52

# MEMORANDUM OPINION AND ORDER

On December 9, 2003 Magistrate Judge Mahoney issued a Report and Recommendation as to attorney fees in this action. On December 12, 2003, the Magistrate Judge issued an addition to this Report and Recommendation which provided for reimbursement of expenses incurred by plaintiffs' counsel. No objection has been filed by any party. Pursuant to Fed.R.Civ.P.72(b) this court has reviewed de novo the record, briefs, the Report and Recommendation, and the objection. The court accepts the Report and Recommendation and enters a judgment for plaintiffs' attorney fees and costs against defendant as follows: Mr. Greenwald $41,053.50; Ms. Delia $165.00; Mr. Heckinger $99,630.00. Costs and expenses to plaintiffs' counsel of $8,882.00 is to be reimbursed pursuant to the joint statement pursuant to LR 54.3 filed by the parties.